**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO 1:18-cv-24407-UU

MARCELO PENA,                                    **CLASS ACTION**
individually and on behalf of all others
similarly situated,

*Plaintiff*,                                         **JURY TRIAL DEMANDED**

v.

JOHN C. HEATH, ATTORNEY AT LAW,
PLLC D/B/A LEXINGTON LAW FIRM.,

*Defendant*,

_____/

## INTERIM JOINT STATUS REPORT

The Parties, by and through their undersigned counsel, and pursuant to the Court's Order

Setting Initial Planning and Scheduling Conference, hereby submit this Interim Joint Status Report

and state as follows:

1.      Have all the defendants been served and answered the complaint? If not, state the

reason( s) for the failure to do so.

**All Defendants have been served.**

2.      If this is a class action, has a motion for class certification been filed? If so, what is

its status?

**A class certification motion has not been filed.  The parties are in the process**

**of finalizing a class-wide settlement of all claims.**

3.      If discovery is not closed, what is the parties' agreed upon plan for the completion

of discovery by the deadline, including but not limited to the exchange of all relevant electronically

1

stored information?

**Additional discovery will not be necessary, the parties are in the process of finalizing a class-wide settlement of all claims.**

4.      Are there any motions or discovery disputes pending? If so, indicate the status of each separately.

**There are no motions or discovery disputes pending.**

5.      Have the parties filed their Notice of Selection of Mediator as required by the Court's Order of Referral to Mediator?

**Yes.**

6.      Have the parties agreed to a place, date and time for mediation and has the lead attorney for the plaintiff(s) completed the form Order Scheduling Mediation and submitted it to the Court? If not, state the reason(s) for the failure to do so.

**Yes.**

7.      Have the parties engaged in informal settlement negotiations? If so, explain the extent of the negotiations. If not, explain the reason(s) for the failure to do so.

**Yes, the parties are in the process of finalizing a class-wide settlement of all claims.**

8.      If the case is less than five days to try, have the parties conferred and have they agreed to trial before a U.S. Magistrate Judge, wherein a date certain for trial may be given?

**Trial will not be necessary as the parties anticipate a resolution of all claims.**

Date: March 28, 2019

Respectfully submitted,

<table>
<tr><td><strong>HIRALDO P.A.</strong></td><td><strong>TROUTMAN SANDERS LLP</strong></td></tr>
<tr><td><em>/s/ Manuel S. Hiraldo</em><br>Manuel S. Hiraldo<br>Florida Bar No. 030380<br>401 E. Las Olas Boulevard<br>Suite 1400<br>Ft. Lauderdale, Florida 33301<br>Email: mhiraldo@hiraldolaw.com<br>Telephone: 954.400.4713<br><br><em>Counsel for Plaintiff</em></td><td><em>/s/ John S. Gibbs III</em><br>John S. Gibbs III<br>Florida Bar No. 91102<br>Troutman Sanders LLP<br>600 Peachtree Street NE<br>Suite 3000<br>Atlanta, Georgia 30308<br>Telephone: (404) 885-3093<br>Facsimile: (404) 885-3900<br>E-mail: evan.gibbs@troutman.com<br><br><em>Counsel for Defendant</em></td></tr>
</table>

**CERTIFICATE OF SERVICE**

I HEREBY CETIFY that on March 28, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Manuel S. Hiraldo*
Florida Bar No. 030380
*Counsel for Plaintiff*