UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-24407-UU

MARCELO PENA, *et al.*,

    Plaintiffs,

v.

JOHN C. HEATH,

    Defendant.
_____/

**ORDER**

THIS CAUSE is before the Court upon Plaintiff's Unopposed Motion for Preliminary Approval of Settlement, D.E. 24, and nonparty Eugene Rosales' Motion to Intervene and to Stay and Incorporated Memorandum of Law (collectively, the "Motions"). D.E. 23. The Court has considered the pertinent portions of the record and is otherwise fully advised in the premises.

On April 8, 2019, the Court administratively closed the action upon the parties notice of settlement. D.E. 21. At no point did the Court certify Plaintiff's proposed TCPA class. On April 23, 2019, nonparty Eugene Rosales filed a motion to stay, arguing that this action is substantially similar to another case previously filed by Rosales in the district of Nebraska, and that Plaintiff in this case is forum shopping to settle Rosales' class action without his consent. D.E. 23. Specifically, Rosales argues that under the first to file rule, this action must be stayed because Pena is a member of Rosales' class, Rosales' class action is nearly identical, and Rosales' class action was filed first. On May 3, 2019 Plaintiff filed the instant Motion, seeking to certify a class for settlement. D.E. 24.

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned Cause is referred to United States Magistrate Judge JOHN J. O'SULLIVAN to take all necessary and proper action as required by law with

respect to **Plaintiff's Unopposed Motion for Preliminary Approval of Settlement, D.E. 24, and nonparty Eugene Rosales' Motion to Intervene and to Stay and Incorporated Memorandum of Law, D.E. 23.** Pursuant to 29 U.S.C. § 216(B) and Local Rule 7.3, and any motions for extension or enlargement of time that relate to such motion. Pursuant to this referral order, it is also

ORDERED AND ADJUDGED that it shall be the responsibility of the respective parties in this case to note that courtesy copies of all materials necessary to the resolution of the referred matter shall be directed to the magistrate judge's chambers.

DONE AND ORDERED in Chambers at Miami, Florida, this 13th__ day of May, 2019.

*[signature]*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf
Magistrate John J. O'Sullivan