**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO 1:18-cv-24407-UU

MARCELO PENA, *et al.*,

    Plaintiffs,

v.

JOHN C. HEATH, ATTORNEY AT LAW,
PLLC D/B/A LEXINGTON LAW FIRM.,

    Defendant,

_____/

**ORDER DENYING FINAL APPROVAL TO**
**CLASS ACTION SETTLEMENT**

THIS CAUSE came before the Court on Plaintiffs' Unopposed Motion for Final Approval of Class Settlement and Application for Service Award, Attorneys' Fees, and Costs (D.E. 59) (the "Motion"). The Court having considered the Motion and the pertinent parts of the record, being otherwise fully advised in the premises, the Court is unable to find at this time that the proposed settlement is fair, adequate and reasonable as required by Rule 23, Federal Rules of Civil Procedure. Among other issues, the Court is unpersuaded that the settlement should be approved because the class description, particularly as to Class 2, is overbroad and untethered to the TCPA, the proposed release language could be construed to bar fraud, unfair trade practice and other non-TCPA claims arising out of calls made by the Defendant, and the attorneys' fees sought appear to be excessive in relation both to the amount of the anticipated defense pay-out and the effort expended by plaintiffs' counsel in prosecuting the case and obtaining the settlement.

Accordingly, it is hereby

1

ORDERED AND ADJUDGED that the Motion, D.E. 59, is DENIED. The Court will enter a

separate trial order forthwith.

DONE and ORDERED in Chambers in Miami, Florida, this __31st__ day of March, 2020.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE


Copies furnished to: Counsel of Record