UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO 1:18-cv-24407-UU

MARCELO PENA, *et al.*,

    Plaintiffs,

v.

JOHN C. HEATH, ATTORNEY AT LAW,
PLLC D/B/A LEXINGTON LAW FIRM.,

    Defendant,

_____/

## ORDER AWARDING ATTORNEYS' FEES

THIS CAUSE comes before the Court upon Class Counsel's Stipulation Regarding Attorneys' Fees, (D.E. 69), filed on April 16, 2020. THE COURT having reviewed the Stipulation and the pertinent parts of the record and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that Class Counsel is awarded **$792,531.00** in attorneys' fees. The case remains closed.

DONE and ORDERED in Chambers in Miami, Florida, this __16th__ day of April, 2020.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record