**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO 1:18-cv-24407-UU

MARCELO PENA, FRANK EISENBAND,
JAMES LEBOWITZ, JOSHUA ELSER, and
CRAIG CUNNINGHAM
individually and on behalf of all others
similarly situated,

*Plaintiffs*,

v.

JOHN C. HEATH, ATTORNEY AT LAW,
PLLC d/b/a LEXINGTON LAW FIRM,

*Defendant*,

_____/

## JOINT MOTION
## FOR APPROVAL OF CY PRES DISTRIBUTION

Defendant John C. Heath, Attorney at Law, PLLC d/b/a Lexington Law Firm ("Defendant"),

jointly with Plaintiffs Marcelo Pena, Frank Eisenband, James Lebowitz, Joshua Elser, and Craig

Cunningham (collectively "Plaintiffs"), respectfully request entry of an Order approving Cy Pres

Distribution of the remaining monies in the settlement fund established in connection with the class

settlement of the above-captioned case, pursuant to the Parties' Settlement Agreement and Release filed

on May 3, 2019 (Dkt. No. 24-1) and this Court's Order Granting Final Approval to Class Action

Settlement and Final Judgment entered on April 15, 2020 (Dkt. No. 68).

As set forth in Paragraph IV.G. of the Parties' Settlement Agreement, as finally approved by

this Court:

> **To the extent that monies remain from payments of Claim Settlement Payments**
> **and Redistributions, such monies will be distributed to non-profit charitable**
> **organizations (the "Cy Pres Distribution").  The Cy Pres Distribution shall be**
> **made … after all Redistributions have been exhausted….  The parties shall agree**
> **upon the proposed recipient(s) of the Cy Pres Distribution and shall submit a filing**
> **to the Court identifying such proposed recipient(s).**

<u>See</u> Settlement Agreement (Dkt. No. 24-1) at ¶ IV.G.; Final Approval Order (Dkt. No. 68) at ¶ V.8.

(**"The Settlement Agreement … is finally approved in all respects as fair, reasonable and adequate."**).

Pursuant to Paragraph IV.G. of the Settlement Agreement and this Court's Order granting final approval to same, the Parties hereby provide notice that a sum total of **$7,872.00** remains from payments of Claim Settlement Payments and Redistributions.  Subject to the understandable approval by the Court, Plaintiffs have suggested, and Defendant does not oppose, that this sum shall be distributed as a Cy Pres Distribution to the following non-profit charitable organization:

> Ronald McDonald House of Southern New Jersey
> 550 Mickle Blvd.
> Camden, NJ 08103

Based on the foregoing, the Parties respectfully request that the Court enter an Order (along the lines of the one submitted herewith as Exhibit A) approving the requested Cy Pres Distribution.

Dated: October 10, 2022.                    Respectfully submitted,

**TROUTMAN PEPPER HAMILTON SANDERS, LLP**

<u>/s/ John S. Gibbs III</u>
John S. Gibbs III
Florida Bar No. 91102
Troutman Pepper Hamilton Sanders LLP
600 Peachtree Street
Suite 3000
Atlanta, Georgia 30308
Telephone: (404) 885-3093
Facsimile: (404) 885-3900
E-mail: evan.gibbs@troutman.com

*Attorneys for Defendant John C. Heath, Attorney at Law, PLLC dba Lexington Law Firm*

**EDELSBERG LAW, PA**

Scott Edelsberg, Esq.
Florida Bar No. 0100537
scott@edelsberglaw.com
19495 Biscayne Blvd #607
Aventura, FL 33180
Telephone: 305-975-3320

**HIRALDO P.A.**

Manuel S. Hiraldo, Esq.
Florida Bar No. 030380
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
mhiraldo@hiraldolaw.com
(t) 954.400.4713

**SHAMIS & GENTILE, P.A.**

Andrew J. Shamis

Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 400
Miami, Florida 33132
(t) (305) 479-2299
(f) (786) 623-0915

*Attorneys for Plaintiffs*

## **<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on October 10, 2022, I electronically filed the foregoing document

with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served

this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ John S. Gibbs, III*
John S. Gibbs, III
Florida Bar No. 91102
*Counsel for Defendant*
